THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Avis Shumate, Appellant.
 
 
 

Appeal From Laurens County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-505
 Submitted September 2, 2008  Filed
September 5, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, of Columbia, for Respondent.
 
 
 

PER CURIAM: Avis Shumate appeals her probation
 revocation, arguing the trial court erred
 in revoking her probation because insufficient evidence supported finding she violated the conditions of
 her probation.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Shumates appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., and HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.